# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNY KLOSTERMAN,<br>　　　　Plaintiff,<br><br>v.<br><br>DISCOVER PRODUCTS INC. d/b/a<br>DISCOVER BANK, TRANSUNION, LLC,<br>　　　　Defendant. | CIVIL ACTION<br><br><br><br><br>NO.  24-1253 |

## ORDER

**AND NOW**, this 1st day of October, 2024, upon consideration of (1) Defendant's Second Motion to Compel Arbitration and Stay Proceedings (ECF No. 36), Plaintiff's Response in Opposition (ECF No. 38), and Defendant's Reply (ECF No. 40); and, (2) Plaintiff's Motion to Exclude the Declaration of Janusz Wantuch (ECF No. 39) and Defendant's Response in Opposition (ECF No. 43), **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion to Compel Arbitration and Stay Proceedings (ECF No. 36) is **GRANTED**, and such arbitration shall proceed in the manner provided for in the agreement.

2. Plaintiff's Motion to Exclude the Declaration of Janusz Wantuch (ECF No. 39) is **DENIED**.

3. The Clerk of Court is directed to **STAY** this matter and place it into **SUSPENSE** until the conclusion of the arbitration proceedings.

　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**